# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:06-cr-00151-6-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MARTIN KALCHSTEIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court pursuant to Defendant Martin Kalchstein's Renewed Unopposed Motion to Remove Electronic Monitoring (Doc. No. 205), filed September 6, 2007. For the reasons stated in the unopposed motion, including the fact neither the United States Probation Officer nor the Government oppose the motion, Defendant's Motion is GRANTED.

IT IS SO ORDERED.

Signed: September 7, 2007

Frank D. Whitney
United States District Judge